TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ASIM H. MODI, NY SBN # 065860
        Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (312) 596-1868
        Asim.Modi@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| STACY WOOTEN , <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 5:25-CV-02811-ACCV <br><br><br><br> [~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of

Proposed Order                              Page 1

Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  ___03/04/2026___    _____

HON. ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE